UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE OTWORTH,

      Plaintiff,                               Case No. 1:20–cv–405

v.                                          Hon. Paul L. Maloney

GRETCHEN WHITMER,

      Defendant.

_____/

## **NOTICE OF RECEIPT OF CASE**

      NOTICE is hereby given that this case has been received, and filed in this court on May 11, 2020. It has been assigned the case number and judge set forth above.

                                                CLERK OF COURT

Dated: May 12, 2020        By:   /s/ N. Stimec
                                            Deputy Clerk